UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THEODORE JUSTICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| PETER WHITE, Vance County Sheriff; ) | |
| SAMUEL BOOTH CURRIN, Vance ) | No. 5:13-CV-548-FL |
| County District Attorney; ALLISON S. ) | |
| CAPPS, Vance County Assistant District ) | |
| Attorney; HENRY W. HIGHT, JR., Senior ) | |
| Resident Superior Court Judge; THERESA ) | |
| JOMO, LPN, Vance County Detention ) | |
| Center; and THOMAS S. HESTER, JR., ) | |
| Chairman Vance County, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Defendants' Motions to Dismiss and the Memorandum and Recommendations of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 10, 2014, and for the reasons set forth more specifically therein, that Defendants' Motions to Dismiss [DE 19, 26, 31 and 36] are GRANTED. The Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on February 10, 2014, and Copies To:**
Theodore Justice (via U.S. Mail) PO Box 232, Ridgeway, NC 27570
James R. Morgan, Jr. (via CM/ECF Notice of Electronic Filing)
Kristen Yarborough Riggs (via CM/ECF Notice of Electronic Filing)
Grady L. Balentine, Jr. (via CM/ECF Notice of Electronic Filing)
Walter G. Merritt (via CM/ECF Notice of Electronic Filing)\
Jay C. Salsman (via CM/ECF Notice of Electronic Filing)

February 10, 2014          JULIE A. RICHARDS, CLERK
                                         /s/ Christa N. Baker
                                         (By) Christa N. Baker, Deputy Clerk